October 28, 2008

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Civil Action No. 08-2572

In Regard to the Matter of:

Bayside State Prison
Litigation

OPINION/REPORT
OF THE
SPECIAL MASTER

RICHARD PETTIGREW

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

\* \* \* \*

TUESDAY, OCTOBER 28, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1
2
3
4
5          Transcript of proceedings in the above
6   matter taken by Theresa O. Mastroianni, Certified
7   Court Reporter, license number 30X100085700, and
8   Notary Public of the State of New Jersey at the
9   United States District Court House, One Gerry Plaza,
10  Camden, New Jersey, 08102, commencing at 2:30 PM.
11
12
13
14
15
16
17
18
19
20
21              MASTROIANNI & FORMAROLI, INC.
22          Certified Court Reporting & Videoconferencing
23                  251 South White Horse Pike
24                  Audubon, New Jersey 08106
25                       856-546-1100

```
 1
 2    A P P E A R A N C E S:
 3
 4
          JAIME KAIGH, ESQUIRE
 5        32 NORTH BLACK HORSE PIKE
          BLACKWOOD, NEW JERSEY   08012
 6        856-232-3337
          856-232-4561
 7        ATTORNEYS FOR THE PLAINTIFFS
 8
 9
          RODNEY D. RAY, ESQUIRE
10        32 NORTH BLACK HORSE PIKE
          BLACKWOOD, NEW JERSEY   08012
11        856-232-3337
          856-232-4561
12        ATTORNEYS FOR THE PLAINTIFFS
13
14
          ROSELLI & GRIEGEL, PC
15        BY:   MARK ROSELLI, ESQUIRE
                - and -
16        BY:   JAMES LAZZARO ESQUIRE
          1337 STATE HIGHWAY 33
17        HAMILTON SQUARE, NEW JERSEY   08690
          609-586-2257
18        ATTORNEYS FOR THE DEFENDANTS
19
20
21
22
23
24
25
```

1              JUDGE BISSELL:  The next decision is
2     being issued in the matter brought by Richard
3     Pettigrew, docket number 08-2572.
4              Here an exhaustion question has also
5     been raised, but I find that it's unnecessary to
6     reach that because of Mr. Pettigrew's failure to
7     prove a substantive claim.
8              This opinion/report is being issued
9     pursuant to the directives of the Order of Reference
10    to a Special Master and the Special Master's
11    Agreement and the guiding principles of law which
12    underlie this decision to be applied to the facts
13    upon which it is based as set forth in the jury
14    instructions in the Walker and Mejias jury charges,
15    to the extent applicable to the allegations of Mr.
16    Pettigrew.
17             As finalized after review under Local
18    Civil Rule 52.1, this transcript will constitute the
19    written report required under paragraph seven of the
20    Order of Reference to a Special Master.
21             Mr. Pettigrew essentially gave
22    testimony that is, in essence, chronologically
23    impossible, and for that reason failed to sustain his
24    burden of proof even by the modest standard of a
25    preponderance of the credible evidence in this civil

1   matter.  Accordingly, the recommendation is that

2   judgment will be entered against him.

3           Mr. Pettigrew arrived at Bayside State

4   Prison, according to the records of his arrival, on

5   the 9th of October, 1997.  This was more than a month

6   after the lockdown had been concluded and more than a

7   month after the SOG officers had left the premises.

8   Yet he proceeded to testify to certain events

9   supposedly leading up to his assaults that could only

10  have occurred if the SOG unit was there, and he was

11  quite insistent that they were there and that they

12  formed this gauntlet of people going to the gym.  He

13  was going to the gym for an exercise period that was

14  allowed in the evening hours to residents of the

15  tents.  They used the gym in the evenings because

16  they were not yet classified within the system and,

17  therefore, it was felt that they should be kept

18  separate from other inmates in terms of their

19  exercise in the gym.

20          So the events if they occurred at all

21  would have to have happened after his arrival, and

22  the fact that he might be going to the gym for

23  exercise is consistent with that time frame.  But his

24  testimony about the SOG officers playing a role,

25  particularly as persons involved in a gauntlet or

1  double line on the way to the gym is just not

2  possible.

3           Secondly, he testified that he was

4  assaulted by officers, he described them as Officers

5  Jones and Morrisey or Morrison.  Actually, it would

6  appear there might have been an Officer Morris on

7  duty at the time.  Mr. Pettigrew states that he was

8  assaulted outside the gym as a result of Sergeant

9  Royal's displeasure with him.  Royal smashed him up

10 against the wall, and that led to a bloody nose and a

11 forehead injury.  And then at that point the Officers

12 Morris and Jones, who had been the officers who

13 escorted the entire unit up to the gym, were

14 supposedly dispatched by Sergeant Royal to take this

15 single prisoner, Mr. Pettigrew, to the infirmary.

16 Officer Jones testified, and I find it to be the

17 case, that with the entire group that had gone to the

18 gym for an exercise period in their charge, and in

19 their charge only, under no circumstances would these

20 two officers have been dispatched by their sergeant

21 to handle a movement of this single prisoner from the

22 gym to the infirmary.  Such actions could have left

23 the other inmates in the gym unsupervised.  So once

24 again, the testimony of Mr. Pettigrew in this regard

25 is just not credible.

1      I have no reason to feel one way or the
2  other that he was intentionally lying, but at the
3  very least, he is perhaps endeavoring to construct a
4  scene here that just doesn't hold water.
5      There was also testimony about a later
6  confrontation with Officers Morris and Jones, and
7  possibly somebody else who hit him with a, I believe
8  a flashlight outside his own tent area very shortly
9  after the alleged incident at the gym.
10     However, his testimony in
11 interrogatories (Exhibit D-393) and his testimony
12 here at this hearing were very different.  The
13 interrogatory answers make no reference to the
14 incident at the gym at all, and furthermore provide a
15 different description of the so-called events in the
16 tent area.  Some modest differences might be
17 expected, if you will, with the passage of time, but
18 nothing as significant as that.
19     So what we have here are, one, varying
20 descriptions by Mr. Pettigrew at various stages in
21 this litigation about what supposedly happened to
22 him.  And, two, aspects of his testimony regarding
23 the events surrounding his alleged injuries which are
24 just inherently incredible:  The presence of SOG
25 officers on the premises more than a month after they

Case 1:08-cv-02572-RBK-JS   Document 3-1   Filed 11/18/08   Page 8 of 12 PageID: 26

October 28, 2008

Page 8

1  had left, and the supposed use of the two escorting
2  officers on this detail to leave the rest of the
3  prisoners and escort Mr. Pettigrew to the infirmary.
4  Neither of those events happened or could have
5  happened, and, in addition to the inconsistencies
6  about the other incident as to which he testified,
7  they cast serious doubt upon his credibility with
8  regard to all alleged events.
9            Finally, although not every item of
10 evidence has been discussed in this opinion/report,
11 all evidence presented to the Special Master was
12 reviewed and considered.
13           For the reasons set forth above, I
14 recommend in this report that the District Court
15 enter an order and judgment for no cause for action
16 with regard to Richard Pettigrew.
17
18
19
20
21
22
23
24
25

schedules@mfreporting.com        Mastroianni & Formaroli, Inc.        856-546-1100
                         Professionals Serving Professionals

1      C E R T I F I C A T E

2

3           I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9           I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   *Theresa O. Mastroianni*
     Theresa O. Mastroianni, C.S.R.

20   Notary Public, State of New Jersey
     My Commission Expires May 5, 2010

21   Certificate No. XI0857
     Date:  October 28, 2008

22

23

24

25

**A**
accurate 9:6
action 1:2 8:15 9:11,14
actions 6:22
addition 8:5
Agreement 4:11
al 1:10
allegations 4:15
alleged 7:9,23 8:8
allowed 5:14
answers 7:13
appear 6:6
applicable 4:15
applied 4:12
area 7:8,16
arrival 5:4,21
arrived 5:3
aspects 7:22
assaulted 6:4,8
assaults 5:9
attorney 9:10,12
ATTORNEYS 3:7,12,18
Audubon 2:24

**B**
based 4:13
Bayside 1:6 5:3
believe 7:7
BISSELL 1:21 4:1
BLACK 3:5,10
BLACKWOOD 3:5,10
bloody 6:10
brought 4:2
burden 4:24

**C**
C 3:2 9:1,1
Camden 2:10
case 6:17
cast 8:7
cause 8:15
certain 5:8
Certificate 9:21
Certified 2:6,22 9:4
certify 9:5,9
charge 6:18,19
charges 4:14
chronologically 4:22
circumstances 6:19
civil 1:2 4:18,25
claim 4:7
classified 5:16
commencing 2:10
Commission 9:20
concluded 5:6
confrontation 7:6
considered 8:12
consistent 5:23
constitute 4:18
construct 7:3
counsel 9:10,12
Court 1:1 2:7,9 2:22 8:14
credibility 8:7
credible 4:25 6:25
C.S.R 9:19

**D**
D 3:9
date 9:8,21
decision 4:1,12
Defendants 1:11 3:18
described 6:4
description 7:15
descriptions 7:20
detail 8:2
differences 7:16
different 7:12,15
directives 4:9
discussed 8:10
dispatched 6:14 6:20
displeasure 6:9
District 1:1,1 2:9 8:14
docket 4:3
double 6:1
doubt 8:7
duty 6:7
D-393 7:11

**E**
E 3:2,2 9:1,1
employee 9:10 9:12
endeavoring 7:3
enter 8:15
entered 5:2
entire 6:13,17
escort 8:3
escorted 6:13
escorting 8:1
ESQUIRE 3:4,9 3:15,16
essence 4:22
essentially 4:21
et 1:10
evening 5:14
evenings 5:15
events 5:8,20 7:15,23 8:4,8
evidence 4:25 8:10,11
exercise 5:13,19 5:23 6:18
exhaustion 4:4
Exhibit 7:11
expected 7:17
Expires 9:20
extent 4:15

**F**
F 9:1
fact 5:22
facts 4:12
failed 4:23
failure 4:6
FAUVER 1:10
feel 7:1
felt 5:17
finalized 4:17
Finally 8:9
financially 9:13
find 4:5 6:16
flashlight 7:8
foregoing 9:5
forehead 6:11
FORMAROLI 2:21
formed 5:12
forth 4:13 8:13 9:8
frame 5:23
FURTHER 9:9
furthermore 7:14

**G**
gauntlet 5:12,25
Gerry 2:9
going 5:12,13,22
GRIEGEL 3:14
group 6:17
guiding 4:11
gym 5:12,13,15 5:19,22 6:1,8 6:13,18,22,23 7:9,14

**H**
H 1:10
HAMILTON 3:17
handle 6:21
happened 5:21 7:21 8:4,5
hearing 7:12
hereinbefore 9:8
HIGHWAY 3:16
hit 7:7
hold 7:4
HONORABLE 1:21
Horse 2:23 3:5 3:10
hours 5:14
House 2:9

**I**
impossible 4:23
incident 7:9,14 8:6
inconsistencies 8:5
incredible 7:24
infirmary 6:15 6:22 8:3
inherently 7:24
injuries 7:23
injury 6:11
inmates 5:18 6:23
insistent 5:11
instructions 4:14
intentionally 7:2
interested 9:13
interrogatories 7:11
interrogatory 7:13
involved 5:25
issued 4:2,8
item 8:9

**J**
JAIME 3:4
JAMES 3:16
Jersey 1:1 2:8,10 2:24 3:5,10,17 9:5,20
JOHN 1:21
Jones 6:5,12,16 7:6
JUDGE 4:1

judgment 5:2
  8:15
jury 4:13,14

**K**
KAIGH 3:4
kept 5:17

**L**
law 4:11
LAZZARO 3:16
leading 5:9
leave 8:2
led 6:10
left 5:7 6:22 8:1
license 2:7
line 6:1
litigation 1:6
  7:21
Local 4:17
lockdown 5:6
lying 7:2

**M**
MARK 3:15
Master 1:7,21
  4:10,20 8:11
Master's 4:10
Mastroianni 2:6
  2:21 9:3,19
matter 1:5 2:6
  4:2 5:1
Mejias 4:14
modest 4:24
  7:16
month 5:5,7
  7:25
Morris 6:6,12
  7:6
Morrisey 6:5
Morrison 6:5
movement 6:21

**N**
N 3:2
neither 8:4 9:9

9:11
New 1:1 2:8,10
  2:24 3:5,10,17
  9:4,20
NORTH 3:5,10
nose 6:10
Notary 2:8 9:3
  9:20
number 2:7 4:3

**O**
O 2:6 9:3,19
occurred 5:10
  5:20
October 1:16
  5:5 9:21
Officer 6:6,16
officers 5:7,24
  6:4,4,11,12,20
  7:6,25 8:2
once 6:23
opinion/report
  1:6 4:8 8:10
order 4:9,20
  8:15
outside 6:8 7:8

**P**
P 3:2,2
paragraph 4:19
particularly
  5:25
parties 9:11
passage 7:17
PC 3:14
people 5:12
period 5:13 6:18
persons 5:25
Pettigrew 1:8
  4:3,16,21 5:3
  6:7,15,24 7:20
  8:3,16
Pettigrew's 4:6
Pike 2:23 3:5,10
place 9:8
PLAINTIFFS

3:7,12
playing 5:24
Plaza 2:9
PM 2:10
point 6:11
possible 6:2
possibly 7:7
premises 5:7
  7:25
preponderance
  4:25
presence 7:24
presented 8:11
principles 4:11
Prison 1:6 5:4
prisoner 6:15,21
prisoners 8:3
proceeded 5:8
proceedings 2:5
proof 4:24
prove 4:7
provide 7:14
Public 2:8 9:3,20
pursuant 4:9

**Q**
question 4:4
quite 5:11

**R**
R 3:2 9:1
raised 4:5
RAY 3:9
reach 4:6
reason 4:23 7:1
reasons 8:13
recommend
  8:14
recommendati...
  5:1
records 5:4
reference 4:9,20
  7:13
regard 1:5 6:24
  8:8,16
regarding 7:22

relative 9:10,12
report 4:19 8:14
Reporter 2:7 9:4
Reporting 2:22
required 4:19
residents 5:14
rest 8:2
result 6:8
review 4:17
reviewed 8:12
Richard 1:8 4:2
  8:16
RODNEY 3:9
role 5:24
ROSELLI 3:14
  3:15
Royal 6:9,14
Royal's 6:9
Rule 4:18

**S**
S 3:2
scene 7:4
Secondly 6:3
separate 5:18
sergeant 6:8,14
  6:20
serious 8:7
set 4:13 8:13 9:8
seven 4:19
Shorthand 9:4
shortly 7:8
significant 7:18
single 6:15,21
smashed 6:9
SOG 5:7,10,24
  7:24
somebody 7:7
South 2:23
so-called 7:15
Special 1:7,21
  4:10,10,20
  8:11
SQUARE 3:17
stages 7:20
standard 4:24

State 1:6 2:8
  3:16 5:3 9:4,20
states 1:1 2:9 6:7
stenographica...
  9:7
substantive 4:7
supposed 8:1
supposedly 5:9
  6:14 7:21
surrounding
  7:23
sustain 4:23
system 5:16

**T**
T 9:1,1
take 6:14
taken 2:6 9:7
tent 7:8,16
tents 5:15
terms 5:18
testified 6:3,16
  8:6
testify 5:8
testimony 4:22
  5:24 6:24 7:5
  7:10,11,22 9:6
Theresa 2:6 9:3
  9:19
time 5:23 6:7
  7:17 9:7
transcript 2:5
  4:18 9:6
true 9:6
TUESDAY 1:16
two 6:20 7:22
  8:1

**U**
underlie 4:12
unit 5:10 6:13
United 1:1 2:9
unnecessary 4:5
unsupervised
  6:23
use 8:1



| **V** | **6** |
|---|---|
| various 7:20 | 609-586-2257 |
| varying 7:19 | 3:17 |
| Videoconfere... | |
| 2:22 | **8** |
| vs 1:9 | 856-232-3337 |
| | 3:6,11 |
| **W** | 856-232-4561 |
| W 1:21 | 3:6,11 |
| Walker 4:14 | 856-546-1100 |
| wall 6:10 | 2:25 |
| water 7:4 | |
| way 6:1 7:1 | **9** |
| White 2:23 | 9th 5:5 |
| WILLIAM 1:10 | |
| written 4:19 | |

**X**

XI0857 9:21

**0**

08-2572 1:2 4:3
08012 3:5,10
08102 2:10
08106 2:24
08690 3:17

**1**

1337 3:16
1997 5:5

**2**

2:30 2:10
2008 1:16 9:21
2010 9:20
251 2:23
28 1:16 9:21

**3**

30X100085700
2:7
32 3:5,10
33 3:16

**5**

5 9:20
52.1 4:18